IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA MARK GILMORE,

        Petitioner,                  No. CIV S-04-2395 GEB KJM P

    vs.

EDWARD S. ALAMEIDA,

        Respondent.            ORDER

                                  /

        Petitioner has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The stay imposed in this matter on April 8, 2005 is lifted;

        2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

Dockets.Justia.com

1        3. If the response to the habeas petition is an answer, petitioner's reply, if any,
2 shall be filed and served within thirty days after service of the answer;
3        4. If the response to the habeas petition is a motion, petitioner's opposition or
4 statement of non-opposition to the motion shall be filed and served within thirty days after
5 service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days
6 thereafter; and
7        5. The Clerk of the Court shall serve a copy of this order together with a copy of
8 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9 Senior Assistant Attorney General.
10 DATED: December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

1
gilm2395.100(5.18.06)

2