| JOSHUA MARK GILMORE, | CIV S-04-2395 GEB KJM P |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| EDWARD S. ALAMEIDA, | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including March 5, 2007, to file a response to Petitioner's amended petition for writ of habeas corpus.

Dated:  December 30, 2007.

_____
U.S. MAGISTRATE JUDGE

04cv2395.o.0130.wpd
SA2006303927

Respondent's Request for an Enlargement of Time

1