1  CLIFF GARDNER
   (State Bar # 93782)
2  CATHERINE WHITE
   (State Bar # 193690)
3  19 Embarcadero Cove
   Oakland, CA 94606
4  (510) 534-9404

5  Attorneys for Petitioner
   Joshua Mark Gilmore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARK GILMORE,<br><br>                    Petitioner,<br><br>         v.<br><br>EDWARD ALAMEIDA, JR., in his capacity as head of the California Department of Corrections,<br><br>                    Respondent. | No. Civ S-04-2395 GEB KJM<br><br>ORDER EXTENDING TIME TO FILE A TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner's request for additional time within which to file a Traverse to Answer to Petition for Writ of Habeas Corpus is granted. Petitioner shall have until May 2, 2007.

Dated: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE