1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSHUA MARK GILMORE,

12            Petitioner,              2:04-cv-2395-GEB-KJM-P

13        vs.

14   EDWARD S. ALAMEIDA, et al.,

15            Respondent.              ORDER

16   _____/

17          Petitioner has timely filed a notice of appeal of this court's October 29, 2009

18   denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a

19   certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24          A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   ///

                                    1

1 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

3       Petitioner has made a substantial showing of the denial of a constitutional right

4 with respect to the following issue:  whether petitioner was denied his Sixth Amendment right to

5 effective assistance of counsel because his trial counsel failed to move for suppression of the

6 in-court identification of petitioner by Jeffrey Almon as one of his attackers.

7       Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

8 issued in the present action.

9 Dated:  November 25, 2009

10

11 _____

12 GARLAND E. BURRELL, JR.
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26